IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT WHIPKEY, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO: 1:02CV1030 |
| Plaintiffs, | ) ) | JUDGE O'MALLEY |
| v. | ) ) ) | **JOINT MOTION AND STIPULATION TO CONSOLIDATE CASES AS A COLLECTIVE ACTION** |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | |
| Defendant. and | ) | |
| MICHAEL ADAMS et al., | ) ) ) | CASE NO: 1:05CV2760 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| R.R. DONNELLEY & SONS COMPANY, | ) ) | |
| Defendant. | ) | |

We, the undersigned attorneys for the Plaintiffs and Defendants in the cases of *Albert Whipkey, on behalf of himself and all others similarly situated v. R. R. Donnelley & Sons Company,* 1:02CV1030, filed May 31, 2002, and *Michael Adams et al., v. R. R. Donnelley & Sons Company,* 1:05CV2760, filed November 29, 2005, hereby respectfully move this Court for an order consolidating the above referenced cases for the reason that the parties have reached a proposed settlement of both actions and are hereby stipulating to the consolidation of these cases

as a Collective Action in accordance with the terms and conditions of said settlement in order to facilitate an orderly settlement process.

In addition, the parties request a telephonic status conference consistent with the consolidation of these actions to schedule the filing and hearing of all matters necessary to accomplish the proposed settlement.

A proposed Order is attached for consideration by the Court.

                                                              Respectfully submitted,

| | |
|---|---|
| _s/Michael G. Cleveland w permission_ | _s/Louis J. Licata_ |
| MICHAEL G. CLEVELAND | LOUIS J. LICATA (0007034) |
| JOSEPH K. MULHERIN | THOMAS A. AMATO (00575563) |
| SARAH M. BROWN | Licata & Associates Co., L.P.A. |
| Vedder, Price, Kaudman & Kammholz, P.C. | 6480 Rockside Woods Blvd. South #390 |
| 222 North LaSalle Street, Suite 2600 | Independence, Ohio 44131 |
| Chicago, Illinois 60601-1003 | Phone: (216) 573-6000 |
| (312) 609-7500 | Fax: (216) 573-6333 |
| (312) 609-5005 (fax) | Email: ljl@licatalaw.com |
| mcleveland@vedderprice.com | tsa@licatalaw.com |
| jmulherin@vedderprice.com | |
| sbrown@vedderprice.com | |
| | |
| STEVEN SFERRA (0037286) | DAVID T. REED (0029430) |
| TIMOTHY S. ANDERSON (0071593) | KEITH A SAVIDGE (0014242) |
| Duvin, Cahn & Hutton | Seeley, Savidge & Ebert Co., L.P.A. |
| Erieview Tower, 20th Floor | 800 Bank One Center |
| 1301 East Ninth Street | 600 Superior Avenue, East |
| Cleveland, Ohio 44114 | Cleveland, Ohio 44114 |
| (216) 696-7600 | Phone: (216) 566-8200 |
| (216) 696-2038 (Fax) | Fax: (216) 566-0213 |
| ssferra@duvin.com | Email: dtreed@sse-law.com |
| tanderson@duvin.com | kasavidge@sse-law.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| R. R. Donnelley & Sons Company | Michael Adams et al. and |
| | Albert Whipkey, for himself and all |
| | others similarly situated. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, a copy of *Joint Stipulation To Consolidate Cases As A Collective Action* was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's Electronic filing system. Parties may access this filing through the Court's system.

                                                      _/s/ *Louis J. Licata*_____
                                                      Louis J. Licata

S:\HOME\Litigation\AdamsvRRDonnelley\jointmotiontoconsolidateasacollective action.doc

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERT WHIPKEY, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO: 1:02CV1030 |
| | ) | JUDGE O'MALLEY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | **ORDER OF CONSOLIDATION AS A COLLECTIVE ACTION** |
| Defendant. | ) ) | |
| and | | |
| MICHAEL ADAMS et al., | ) ) ) | CASE NO:  1:05CV2760 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| R.R. DONNELLEY & SONS COMPANY, | ) ) | |
| Defendant. | ) | |

In accordance with the Joint Stipulation To Consolidate Cases As A Collective action filed by the Parties, in accordance with the proposed settlement agreement covering both cases, the within cases are hereby consolidated as a collective action.  Further, the parties shall conduct a telephonic status conference with the Court on June   , 2006 for the purpose of discussing the necessary filings and hearings to accomplish the proposed settlement.

IT IS SO ORDERED.

_____
JUDGE – KATHLEEN M. O'MALLEY