UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ALBERT WHIPKEY,** | : | Case No. 1:02CV1030 |
| *(on behalf of himself and others similarly situated)*: | | |
| | : | |
| **Plaintiffs,** | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **R.R. DONNELLEY & SONS COMPANY,** | : | |
| | : | |
| **Defendants.** | : | |

This matter arises on Plaintiffs' *Motion for Award of Attorneys' Fees* (Doc. 152). On June 20, 2006, the Court preliminarily approved the parties' proposed settlement (Doc. 149). On July 26, 2006, the Court conducted a final fairness hearing and finally approved the parties' proposed settlement (Doc. 158). The Court withheld its ruling on the fees motion, however, pending further review of the voluminous supporting materials filed in support of that motion.

Having carefully reviewed supporting documents, and in light of the fact the Plaintiffs have outlined and requested fees based on an appropriate lodestar calculation,[1] to which no party has objected, the Court hereby **GRANTS** Plaintiffs' *Motion for Award of Attorneys' Fees* (Doc. 152)

---

[1] As outlined in the Plaintiffs' motion, Plaintiffs' counsel collectively have expended approximately 2,264 hours on this case at hourly rates ranging from $60 to $275 per hour. Upon review of the supporting documents, the Court finds these hour and dollar allocations to be reasonable under the circumstances of this case.

and **AWARDS** legal fees in the amount of **$472,763.46**, as requested in the Plaintiffs' motion.

Accordingly, Plaintiffs' counsel is hereby **AUTHORIZED** to disburse the settlement funds in accordance with the allocation and distribution terms set forth in the settlement agreement and joint motion for approval of the settlement (Doc. 147), as well as this Order and the Court's prior orders, written or oral.

**IT IS SO ORDERED.**

                                                  s/Kathleen M. O'Malley
                                                **KATHLEEN McDONALD O'MALLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**Dated: September 12, 2006**